IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| WESTPOINT STEVENS, INC.,    ) | |
|                             ) | |
|     Plaintiff,              ) | |
|                             ) | CIVIL ACTION NO. |
|     v.                      ) | 3:03cv853-MHT |
|                             ) | (WO) |
| NAN YA PLASTICS             ) | |
| CORPORATION, AMERICA,       ) | |
| et al.,                     ) | |
|                             ) | |
|     Defendants.             ) | |

## JUDGMENT

This case having been pending for three years without activity, it is the ORDER, JUDGMENT, and DECREE of the court that this case is dismissed without prejudice. If plaintiff objects to the dismissal, plaintiff is allowed 14 days from the date of this order to request reinstatement.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this 26th day of September, 2006.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE